UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Jose Maria Bustos
Defendant(s)

CRIMINAL NO. 08mj2548

ORDER

RELEASING MATERIAL WITNESS

Booking No.

ANTHONY J. BATTAGLIA

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Mejia-Jimenez

DATED: Aug 27, 2008

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA
2008 AUG 27 A 11:34

RECEIVED ______________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by ______________
Deputy Clerk

K. HAMMERLY

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082