FILED

08 AUG 27 PM 3:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury '08 CR 2868 BEN

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE MARIA BUSTOS, Defendant. | Criminal Case No. __________<br>I N D I C T M E N T<br>Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The grand jury charges:

Count 1

On or about August 14, 2008, within the Southern District of California, defendant JOSE MARIA BUSTOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Cecilia Garcia-Perez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

CJB:fer:San Diego
8/25/08

Count 2

On or about August 14, 2008, within the Southern District of California, defendant JOSE MARIA BUSTOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Cecilia Garcia-Perez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about August 14, 2008, within the Southern District of California, defendant JOSE MARIA BUSTOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Del Rosario Mejia-Jimenez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

//

//

//

//

//

//

//

Count 4

On or about August 14, 2008, within the Southern District of California, defendant JOSE MARIA BUSTOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Del Rosario Mejia-Jimenez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 5

On or about August 14, 2008, within the Southern District of California, defendant JOSE MARIA BUSTOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Chavelo Lozada-Gonzalez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

//

//

//

//

//

//

//

Count 6

On or about August 14, 2008, within the Southern District of California, defendant JOSE MARIA BUSTOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Chavelo Lozada-Gonzalez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: August 27, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
GREGORY F. NOONAN
Assistant U.S. Attorney