# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

08cr2868-BEN

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08MJ2548 BLM |
| vs. | ORDER |
| BUSTOS | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Chavelo Lozada-Gonzalez

DATED: 8/28/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature] Deputy Clerk



U.S. GPO: 2003-581-774/70082